IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                       **Civ. No.1:22-cv-559**

2007 JEEP GRAND CHEROKEE,
VIN:1J8HR78367C508071,

    *Defendant-in-rem.*

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, brings this complaint in accordance with Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

### NATURE OF THE ACTION

1. This is a civil action to forfeit and condemn to the use and benefit of the United States of America property involved in violations of the Controlled Substances Act that is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

### DEFENDANT *IN REM*

2. The Defendant *in rem* consists of the following:

    a. 2007 Jeep Grand Cherokee, VIN:1J8HR78367C508071

(hereafter referred to as "Defendant Property").

3. The Defendant Property was seized by the Federal Bureau of Investigation (HFBI) on February 18, 2022, in the District of New Mexico.

4. The Defendant Property is now, and during the pendency of this action will be, in the jurisdiction of this Court.

## JURISDICTION AND VENUE

5. The United States District Court for the District of New Mexico has subject matter jurisdiction under 28 U.S.C. §§ 1345, 1355(a) and 1356.

6. Venue for this civil forfeiture action is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, as acts or omissions giving rise to the forfeiture took place in this district and the property is found in this district. Upon the filing of this complaint, the Defendant Property will be arrested by execution of a Warrant for Arrest *In Rem* in the District of New Mexico.

## FACTS

7. On January 20, 2022, the Santa Fe Police Department (SFPD) stopped a the Defendant 2007 Jeep driven by Mario Guizar-Anchondo. In the Jeep was a backpack, which contained a firearm and suspected narcotics. A search warrant was issued and executed. Agents found a firearm, magazine, ammunition, approximately 1,191.9 grams of blue fentanyl pills with "M" and "30" imprinted on them, approximately 441.11 grams of methamphetamine, and approximately 25.18 grams of brown tar heroin.

## FIRST CLAIM FOR RELIEF

8. The United States incorporates by reference the allegations in paragraphs 1 through 7 as though fully set forth herein.

9. Title 21, United States Code, Section 881(a)(4) subjects to forfeiture "[a]ll conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property in violation of this subchapter."

10. Defendant 2007 Jeep was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of illegal controlled substance and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, Plaintiff seeks arrest of Defendant Conveyance and forfeiture of same to Plaintiff, determination of the validity and priority of claims of the Claimants and any Unknown Claimants to the Defendant Conveyance, costs and expenses of seizure and of this proceeding, and other proper relief.

> Respectfully submitted,
> ALEXANDER M.M. UBALLEZ
> United States Attorney
>
> */s/ S.R. Kotz*
> STEPHEN R. KOTZ
> Assistant U.S. Attorney

## 28 U.S.C. § 1746 DECLARATION

I am a Special Agent with Federal Bureau of Investigation who has read the contents of the Complaint for Forfeiture *In Rem* to which this Declaration is attached; and the statements contained in the complaint are true to the best of my knowledge and belief.

I declare under penalty of perjury and the laws of the United States of America that this Declaration is true and correct, except as to matters stated on information and belief, and as to those matters I believe them to be true.

Dated: 7/27/22

Samuel Hartman, Special Agent
Federal Bureau of Investigation